**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ROTHSCHILD PATENT IMAGING LLC, | § | |
| | § | |
| Plaintiff, | § | Case No: |
| | § | |
| vs. | § | PATENT CASE |
| | § | |
| JK IMAGING LTD., | § | |
| | § | |
| Defendant. | § | |
| | § | |

## COMPLAINT

Plaintiff Rothschild Patent Imaging LLC ("Plaintiff" or "RPI") files this original Complaint against JK Imaging Ltd. ("Defendant" or "JKI") for infringement of United States Patent No. 8,437,797 (hereinafter "the '797 Patent").

## PARTIES AND JURISDICTION

1. This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3. Plaintiff is a Texas limited liability company with its principal office located at 1400 Preston Rd., Suite 400, Plano, TX 75093.

4. On information and belief, Defendant JK Imaging Ltd. is a corporation organized and existing under the laws of the State of California, having its principal place of business at 17239 S. Main St., Gardena, CA 90248. Upon information and belief JK Imaging Ltd. may be served via its registered agent: Mike Feng, 17239 S. Main St. Gardena, CA 90248

5. On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in the state of Texas, has conducted business in the state of Texas, and/or has engaged in continuous and systematic activities in the state of Texas.

6. On information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in the Eastern District of Texas.

**VENUE**

7. Venue is proper in the Eastern District of Texas pursuant to 28 U.S.C. §§ 1391(c) and 1400(b) because Defendant is deemed to reside in this district. In addition, and in the alternative, Defendant has committed acts of infringement in this District.

**COUNT I**
**(INFRINGEMENT OF UNITED STATES PATENT NO 8,437,797)**

8. Plaintiff incorporates paragraphs 1-7 herein by reference.

9. This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, et seq.

10. Plaintiff is the owner by assignment of the '797 patent with sole rights to enforce the '797 patent and sue infringers.

11. A copy of the '797 Patent, titled "Wireless Image Distribution System and Method," is attached hereto as Exhibit A.

12. The '797 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

13. Upon information and belief, Defendant has infringed and continues to infringe one or more claims, including at least claim 6, of the '797 patent by making, using, importing,

selling, and/or offering for sale cameras covered by one or more claims of the '797 patent.

14. On information and belief Defendant sells cameras under the Kodak brand. On information and belief, Defendant sells, offers to sell, and/or uses cameras, including, without limitation, the Kodak PixPro AZ651, which infringes at least Claim 6 of the '797 Patent.

15. The Kodak PixPro AZ651 is a portable, or mobile, device, which may be used for capturing images.

16. The Kodak PixPro AZ651 is Wi-Fi equipped and has a wireless transmitter and receiver.

17. On information and belief, the Kodak PixPro AZ651 includes a processor for processing images. The Kodak PixPro AZ651 is advertised as capable of transmitting images to other systems and devices. On information and belief, the Kodak PixPro AZ651's processor is operably connected to camera's Wi-Fi system, such that images can be sent and received via the Wi-Fi system.

18. The Kodak PixPro AZ651's processor can receive and process images captured by the camera. The processor can cause images captured by the camera to be stored and available for access by a user.

19. On information and belief, at least when working with an application linked to the camera (e.g., the PixPro Remote Viewer application), the Kodak PixPro AZ651's processor can filter images, such as its stored images, according to a transfer criterion. The transfer criterion, according to one example, may be a user's selection of images stored on the camera, the selected images being intended for transfer from the camera to a second mobile device, such as, for example, a smartphone.

20. On information and belief, the Kodak PixPro AZ651 receives the transfer

criterion (e.g., the user's selection of images) from the second mobile device via the camera's Wi-Fi receiver.

21. On information and belief, the processor can cause the selected (i.e., filtered) images to be transmitted to a second mobile device.

22. Defendant's actions complained of herein will continue unless Defendant is enjoined by this court.

23. Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

24. Plaintiff is in compliance with 35 U.S.C. § 287.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff asks the Court to:

(a) Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b) Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice of the order from further infringement of United States Patent No. 8,437,797 (or, in the alternative, awarding Plaintiff a running royalty from the time of judgment going forward);

(c) Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d) Award Plaintiff pre-judgment and post-judgment interest and costs; and

(e) Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: August 26, 2016

Respectfully submitted,

*/s/ Jay Johnson*

**JAY JOHNSON**
State Bar No. 24067322
**D. BRADLEY KIZZIA**
State Bar No. 11547550
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kpllc.com
bkizzia@kpllc.com
anthony@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**

# EXHIBIT A