**IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ROTHSCHILD PATENT IMAGING LLC § § | |
| Plaintiff, § § | Case No: 2:16-cv-958-RWS |
| vs. § § | LEAD CASE |
| JK IMAGING, LTD. § § | |
| Defendants. § § | |
| _____ § | |

**UNOPPOSED MOTION TO DISMISS DEFENDANT JK IMAGING, LTD. WITHOUT PREJUDICE**

Plaintiff Rothschild Patent Imaging, LLC hereby moves to dismiss this civil action without prejudice pursuant to Fed. R. Civ. P. 41 (a)(1)(a)(i).  Plaintiff notes that Defendant has filed neither an answer nor a motion for summary judgment.

Wherefore, Plaintiff requests that the Court dismiss Plaintiff's claims without prejudice.

Dated: October 24, 2016                     Respectfully submitted,

>   */s/ Jay Johnson*
>   **JAY JOHNSON**
>   State Bar No. 24067322
>   **BRAD KIZZIA**
>   State Bar No. 11547550
>   **KIZZIA JOHNSON PLLC**
>   1910 Pacific Ave., Suite 13000
>   Dallas, TX 75201
>   (214) 451-0164
>   Fax: (214) 451-0165
>   jay@kjpllc.com
>   bkizzia@kjpllc.com
>
>   **ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF CONFERENCE

The undersigned certifies that on October 24, 2016, he met and conferred with counsel for Defendant concerning this motion and that Defendant's counsel agreed to the motion.

>   */s/ Jay Johnson*
>   Jay Johnson

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served on all counsel of record via electronic mail through Local Rule CV-5(a) on October 24, 2016.

>   */s/ Jay Johnson*
>   Jay Johnson